

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2016

No. 04-16-00097-CV

Carlos Antonio **RAYMOND**,
Appellant

v.

**BEXAR COUNTY DEMOCRATIC PARTY** and Manuel Medina, in his capacity as Bexar
County Democratic Party Chairman,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015-CV-07199
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice

The panel has considered the appellant's motion to ask the court to consider medical information, and the motion is DENIED.

It is so ORDERED on April 12, 2016

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court